```
            CHARLES MADDOX                     UNITED STATES DISTRICT COURT FOR
               PLAINTIFF                       THE EASTERN DISTRICT OF LOUISANA
                 - vs -                        Docket No. 2:16-CV-01189 L(5)
     JANSSEN PHARMACEUTICALS, INC., ET-AL
               DEFENDANT
```

**Person to be Served**
JANSSEN PHARMACEUTICALS INC.
1125 TRENTON-HARBOURTON ROAD
TITUSVILLE, NJ 08560

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served**: SUMMONS AND COMPLAINT, PRAYER FOR RELIEF, JURY DEMAND, CCS
**Service Data**:
Served Successfully **X**   Not Served _____   Date: 10/20/2016   Time: 2:50 PM   Attempts: _____

___ Delivered a copy to him/her personally

Name of person served and relationship / title:

DARLENE ROCKAWAY

___ Left a copy with a competent household member of over 14 years of age residing therein.

PARALEGAL

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

**Description of Person Accepting Service:**
SEX: **FEMALE**   COLOR: **WHITE**   HAIR: **BLONDE**   APP.AGE: **41**   APP. HT: **5'7**   APP. WT: **160**
OTHER:

**Comments Or Remarks:**

I, RONNIE MITCHELL, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

*Ronnie Mitchell*
Signature of Process Server Date

Sworn to before me this
2 day of Nov. , 2016

Client File Number: 09020-062

ANALISE L ESPARZA
Commission # 2297784
Public, State of New Jersey
My Commission Expires
August 01, 2019


AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:16-CV-01189

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Janssen Pharmaceuticals, INC.
was received by me on *(date)* 10-19-2016

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Darlene Rockaway, paralegal who is
designated by law to accept service of process on behalf of *(name of organization)* Janssen
Pharmaceuticals, INC on *(date)* 10-20-2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 11/2/16

Ronnie Mitchell
*Server's signature*

Ronnie Mitchell, process server
*Printed name and title*

2333, US. 22 W, Union, NJ - 07083
*Server's address*

Additional information regarding attempted service, etc: